UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NewRez LLC d/b/a Shellpoint Mortgage Servicing
as servicer for 1900 Capital Trust II, by U.S. Bank
Trust National Association, not in its individual capacity
but solely as Certificate Trustee,

        Appellant(s),

-against-                                      21 Civ. 3356 (CM)

John Louis Bachmann,

        Appellee(s),

------------------------------------------------------------x

ORDER

McMahon, J.:

The Court has set the following briefing schedule on this Bankruptcy appeal. Appellant's brief is due May 31, 2021; Appellees' opposition brief is due July 5, 2021; Appellant's reply brief is due July 26, 2021.

SO ORDERED:

_____
United States District Judge

Dated: April 20, 2021
New York, New York